

United States Attorney
Southern District of New York

RECEIVED

JUL 2 5 2008

JUDGE SWEET CHAMBERS

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 25, 2008

BY FAX

Honorable Robert W. Sweet
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|5|08

Re: Donald Parker v. Astrue
08 Civ. 4376 (RWS)

Dear Judge Sweet:

The Government's answer in the above-referenced case is due July 29, 2008. We write respectfully to request, with the consent of plaintiff, who is proceeding pro se, that the time to answer or move with respect to the complaint be adjourned for 60 days, until September 29, 2008. The reason for this request is to give the Social Security Administration sufficient time to evaluate its litigation position in this matter. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

Respectfully,

So ordered.
Slec TUSDJ
7.30.08

MICHAEL J. GARCIA
United States Attorney

By: Susan D. Band

SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: Donald Parker
Plaintiff pro se